**E-FILED**
Tuesday, 24 January, 2006  11:31:33 AM
Clerk, U.S. District Court, ILCD

USA v ROBERT PRITCHARD

Case Number: 03-CR-30006

The appeal time having expired and/or the appeal having been concluded, the original Sealed Pre-sentence Report and Sentencing Recommendation and Statement of Reasons were returned to the U.S. Probation Office on September 28, 2005.

Received by:

*Nancy G. Vickers*
U.S. Probation office

Date: 9/29/05